# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2724

_____

United States of America

*Plaintiff - Appellee*

v.

Stephen Griffin, Jr., also known as Baby Steve, also known as Steve, also known
as Lil Steve, also known as Neely, also known as Hasaan

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: May 22, 2026
Filed: May 28, 2026
[Unpublished]

_____

Before GRUENDER, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Stephen Griffin, Jr., appeals the sentence imposed by the district court[1] after he pled guilty to drug and firearm charges pursuant to a plea agreement. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Griffin. See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review); see also United States v. McCauley, 715 F.3d 1119, 1127 (8th Cir. 2013) (stating it is "nearly inconceivable" district court abused its discretion in not varying further when it varied below the Guidelines range). Having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal.

Accordingly, we affirm and grant counsel's motion to withdraw.

_____

[1]The Honorable Stephen R. Clark, Chief Judge, United States District Court for the Eastern District of Missouri.